

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JESSICA R. MCACY

SEALED
CASE NO. 3:09cr66mCR

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states the sealing of this indictment will allow for the self-surrender of the defendant.

WHEREFORE, in order to allow for the self-surrender of the defendant, it is respectfully requested that the Court order the sealing of the indictment returned in this case until further order of the Court.



FILED

Respectfully submitted,

THOMAS F. KIRWIN
United States Attorney


STEPHEN P. PREISSER
Assistant U.S. Attorney
FL Bar No. 303712
21 E. Garden Street, Suite 400
Pensacola, FL 32502
(850) 444-4000

DONE and ORDERED this \_\_\_\_ day of June 2009.


_____
UNITED STATES MAGISTRATE JUDGE